RECEIVED & FILED IN OPEN COURT
ON JUL 10 1991 AT
W P Beach, FLA
T. G. Chaeotis, Clerk
United States District Court
Southern District of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **91-8083**

21 U.S.C. §848
21 U.S.C. §952(a) and §960(a)(1)(b)
21 U.S.C. §963
21 U.S.C. §841(a)(1)
21 U.S.C. §846
18 U.S.C. §2

**CR-PAINE**

UNITED STATES OF AMERICA

v.

JULIO NASSER DAVID,
ALEX DECUBAS,
SAM FRONTERA,
DAVID LEMIEUX,
LOUIS FEHER a/k/a "CUZ,"
WILLIAM JEROME DANIELS,
RAYMOND BARSTOW a/k/a "PETEY,"
ANGEL DE LA CUESTA,
THOMAS O'DONNELL,
EVERETT JACKSON,
LEE ARMBRISTER,
MAROON FARHAT a/k/a "RUDY,"
DAVID CLINE a/k/a "RADIO DAVE,"
STEVEN KRINSKY and,
NORMAN MANGANELLO.
_____/

INDICTMENT

The Grand Jury charges that:

COUNT I

From in or about May, 1984, until at least in or about April, 1990, the exact dates being unknown to the grand jury, in Palm Beach, Broward, Dade, and Monroe Counties, all in the Southern District of Florida, and elsewhere, the defendants,

SAMUEL WALTER FRONTERA Jr. and
ALEX DECUBAS

did knowingly and intentionally engage in a continuing criminal enterprise in that they did violate Title 21, United States Code,

Sections 963, 952(a), 846 and 841(a)(1), as alleged in all the remaining Counts of this Indictment, which counts are incorporated herein by reference, which violations were part of a continuing series of violations of said statutes undertaken by the defendants, SAMUEL WALTER FRONTERA, JR. and ALEX DECUBAS, in concert with at least five other persons, with respect to whom the defendants, SAMUEL WALTER FRONTERA, JR. and ALEX DECUBAS, occupied a position of organizer, supervisor, and manager, and from which such continuing series of violations, the defendants, ALEX DECUBAS and SAMUEL WALTER FRONTERA, JR. obtained substantial income and resources.

All in violation of Title 21, United States Code, Section 848.

## COUNT II

From in or about May, 1984, until at least in or about April, 1990, the exact dates being unknown to the grand jury, in Palm Beach County, Broward County, Dade County, and Monroe County, and elsewhere, the defendants,

```
                SAMUEL WALTER FRONTERA, JR.
                   JULIO NASSER DAVID,
                      ALEX DECUBAS,
                      DAVID LEMIEUX,
                       LOUIS FEHER,
                   WILLIAM JEROME DANIELS,
                 RAYMOND BARSTOW a/k/a "PETEY,"
                     ANGEL DE LA CUESTA,
                      THOMAS O'DONNELL,
                       EVERETT JACKSON,
                        LEE ARMBRISTER,
                   MAROON FARHAT a/k/a "RUDY,"
                 DAVID CLINE a/k/a "RADIO DAVE,"
                       STEVEN KRINSKY and,
                      NORMAN MANGANELLO,
```

did knowingly and intentionally combine, conspire, confederate, and agree with each other and persons known and unknown to possess with intent to distribute and distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

### COUNT III

From in or about December of 1987, at Fort Lauderdale, Broward County, in the Southern District of Florida, the defendants,

SAMUEL WALTER FRONTERA, JR. and,
ALEX DECUBAS,

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1),(b), and Title 18, United States Code, Section 2.

### COUNT IV

From in or about December of 1987, at Fort Lauderdale, Broward County, in the Southern District of Florida, the defendants,

SAMUEL WALTER FRONTERA, JR. and,
ALEX DECUBAS,

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of

cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT V

In or about May, 1988, at Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendants,

> SAMUEL WALTER FRONTERA, JR.
> ALEX DECUBAS,
> RAYMOND BARSTOW a/k/a "PETEY" and,
> LOUIS FEHER a/k/a "CUZ,"

did knowingly and intentionally possess with intent to distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT VI

On or about June 19, 1988, at Boca Raton, Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

> SAMUEL WALTER FRONTERA, JR
> JULIO NASSER DAVID,
> ALEX DECUBAS,
> DAVID LEMIEUX,
> LOUIS FEHER a/k/a "CUZ,"
> STEVEN KRINSKY,
> NORMAN MANGANELLO and,
> DAVID CLINE a/k/a "RADIO DAVE,"

did knowingly and intentionally attempt to import into the United States, from a place outside thereof, a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United

4

States Code, Sections 846, 952(a) and 960(a)(1),(b), and Title 18, United States Code, Section 2.

## COUNT VII

On or about June 19, 1988, at Boca Raton, Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

SAMUEL WALTER FRONTERA, JR.
JULIO NASSER DAVID,
ALEX DECUBAS,
DAVID LEMIEUX,
LOUIS FEHER a/k/a "CUZ,"
STEVEN KRINSKY,
NORMAN MANGANELLO and,
DAVID CLINE a/k/a "RADIO DAVE,"

did knowingly and intentionally possess with intent to distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT VIII

On or about June 21, 1989, at Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendants,

JULIO NASSER DAVID,
ALEX DECUBAS and,
LEE ARMBRISTER,

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1),(b), and Title 18, United States Code, Section 2.

## COUNT IX

On or about June 21, 1989, at Miami, Dade County, in the Southern District of Florida, and elsewhere, the defendants,

>JULIO NASSER DAVID,
>ALEX DECUBAS and,
>LEE ARMBRISTER,

did knowingly and intentionally possess with intent to distribute a Schedule II narcotic controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT X

In committing one or more of the felony offenses alleged in Counts I through VIII of this Indictment, each punishable by imprisonment for more than one year, the defendant,

>SAMUEL WALTER FRONTERA, JR.,

used and intended to use, the real and personal property described below to commit and facilitate the commission of the aforesaid violations of Title 21, United States Code, Sections 841(a)(1) and 846, 848, 952(a), 960(a)(1)(B) and 963, including, but not limited to the following:

1. **REAL PROPERTY**

    All that parcel of land, together with its buildings, improvements fixtures, attachments and easements located at 11734 N.W. 90th Avenue, Reddick, Marion County, State of Florida which is more fully described as follows:

    a. Commence at the NE corner of Section 35, Township 13 South, Range 20 East, Marion

County, Florida, thence S.85 degrees 36' 48" W. along the North boundary of said Section 35 a distance of 30.08 feet to the West right-of-way line of County Road 8-W, thence South along said West right-of-way line 1267.15 feet to the Point of Beginning, thence continue South along said West right-of-way line 499.51 feet, thence S. 87 degrees 24' 31" W. 1478.69 feet, thence N. 0 degrees 49' 22" W. 763.20 feet, thence S. 88 degrees 36' 10" E. 820.86 feet, thence S. 21 degrees 19' 13" E. 188.03 feet, thence S. 89 degrees 50' 52" E. 599.16 feet to the Point of Beginning.

b.  Commence at the NE corner of Section 35, Township 13 South, Range 20 East, Marion County Florida, thence S.85 degrees 36'48"W. along the North boundary of said Section 35 a distance of 30.08 feet to the West right-of-way line of County Road 8-W, thence South along said West right-of-way line 530.24 feet to the Point of Beginning, thence continue South along said West right-of-way line 736.91 feet to the NE corner of the property of Samuel W. Frontera, Jr., as described in O.R. Book 1033 at Page 1393, Public Records of Marion County, Florida, thence N. 89 degrees 50'52"W. along the North boundary of said property of Samuel W. Frontera, Jr., 599.16 feet, thence continue along said North boundary N.21 degrees 19'13"W. 188.03 feet, thence departing from said North boundary N.00 degrees 38'57"W.508.54 feet, thence N.85 degrees 36'48"E. 675.26 feet to the Point of Beginning. Containing 10.78 acres, more or less.

c.  Commence at the N.E. corner of Section 35, Township 13 South, Range 20 East, Marion County, Florida, thence S.86 degrees 36'48"W., along the North boundary of said Section 35 a distance of 30.08 feet to the West right-of-way line of a county paved road, thence South along West right-of-way line 490.12 to the Point of Beginning, thence continue South along said West right-of-way line 20.06 feet, thence S.85 degrees 36'48"W. 775.26 feet, thence South 20.06 feet, thence S.85 degrees 36'48"W. 679.78 feet, thence S.00 degrees 21'06"E. 169.68 feet, thence S.85 degrees 36'48"W. 40.81 feet, thence S.00 degrees 30'42"E. 255.91 feet, thence S.00 degrees 49'22"E. 763.20 feet, thence S.87 degrees 24'48"W. 1135.10 feet to a point

7

>on the West boundary of the N.E. 1/4 of said Section 35, thence N.00 degrees 05'16"E. along said West boundary 644.57 feet, thence N.85 degrees 26'48"E. 349.91 feet, thence N.00 degrees 05'16"E. 380.00 feet, thence N.85 degrees 36'48"E. 772.14 feet, thence North 170.00 feet, thence N.85 degrees 36'48" E. 1495.16 feet to the Point of Beginning.
>
>Together with an exclusive easement 20 feet in width being more particularly described as follows:
>
>Commence at the N.E. corner of Section 35, township 13 South, Range 20 East, Marion County, Florida, thence S.85 degrees 36'48"W. along the North boundary of said Section 35 a distance of 30.08 feet to the West right-of-way line of a paved county road, thence South along said West right-of-way line to the Point of Beginning, thence continue South along said West right-of-way line 20.06 feet thence S.85 degrees 36'48"W. 775.26 feet, thence North 20.06 feet, thence N.85 degrees 36'48"E. 775.26 feet to the Point of Beginning. Easement containing 0.36 acres, more or less.
>
>Being the same property conveyed to SAMUEL WALTER FRONTERA, JR., by deeds recorded in Title Book 1033, Page 1393, Title Book 1136, Page 0499, and Title Book 1295, Page 0199 of the Land Records for Marion County, Florida.

By virtue of the commission of one or more of the felony offenses charged in this Indictment by the defendant, SAMUEL WALTER FRONTERA, JR., any and all interest the defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

### COUNT XI

In committing one or more of the felony offenses alleged in Counts II, III, and VI of this Indictment, each punishable by imprisonment for more than one year, the defendant,

RAYMOND T. BARSTOW, JR.,

used and intended to use, the real and personal property described below to commit and facilitate the commission of the aforesaid violations of Title 21, United States Code, Sections 841(a)(1) and 846, 848, 952(a), 960(a)(1)(B) and 963, including, but not limited, to the following:

1. <u>Real Property</u>

   All that lot or parcel of land, together with its buildings, improvements, fixtures, attachments and easements located at 2101 S.W. 19th Avenue, Fort Lauderdale, Broward County, State of Florida which is more fully described as follows:

   a. The East 704.5 feet of the South 80 feet of that portion of the West 1/2 of the Southwest 1/4 of the Southwest 1/4 and the West 1/2 of the East 1/2 of the Southwest 1/4 of the Southwest 1/4 of Section 16, Township 50 South, Range 42 East, lying North of a line which is 898.96 feet North of and parallel to the South boundary of Section 16, and

   lying South of a line that is 1123.70 feet North of and parallel to the said South boundary of said Section 16.

   Being the same property conveyed to RAYMOND T. BARSTOW, JR., by deed recorded in Title Book 9107, Page 225, of the Land Records for Broward County, Florida.

By virtue of the commission of one or more of the felony offenses charged in this Indictment by the defendant, RAYMOND T. BARSTOW, JR., any and all interest the defendants have in the above-described property is vested in the United States and hereby

forfeited to the United States pursuant to Title 21, United States Code, Section 853.

                      A TRUE BILL

                      *[signature: Harriette Kay White]*
                      FOREPERSON

*[signature: Dexter W. Lehtinen by NK]*
DEXTER W. LEHTINEN
UNITED STATES ATTORNEY

RDH

Formerly DJ-105

No. _____

# UNITED STATES DISTRICT COURT

SOUTHERN ---- District of ---- FLORIDA

---- NORTHERN ---- Division

THE UNITED STATES OF AMERICA

vs.

JULIO NASSER DAVID, et. al.

## INDICTMENT

21 USC 848
21 USC 952(a) and
      960(a)(1)(b)
21 USC 963
21 USC 841(a)(1)
21 USC 846 and 18 USC 2

A true bill.

_____ Foreman.

Filed in open court this __16th__ day
of __July__, A.D. 19_91_.

T.E. Cheloots

by _____ Clerk.

Bail, $ _____

GPO 880-320